IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| PINNACLE RESOURCES, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 5:13CV00240 SWW |
| | * | |
| CHARTIS SPECIALTY INSURANCE CO., | * | |
| | * | |
| Defendant. | * | |

## Judgment

Pursuant to the Opinion and Order entered in this matter on this date, it is Considered, Order, and Adjudged that plaintiff's complaint be and is hereby dismissed with prejudice. Each side will bear its own fees and costs.

DATED this 1st day of August, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE